**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Connecticut__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**       Suri Realty, LLC

3. **Other names you know the debtor has used in the last 8 years**       Carla's Pasta, Inc.

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**

   50           Talbot Lane
   Number       Street

   _____

   South Windsor        CT,    06074
   City                 State  ZIP Code

   Hartford
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City       State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   _____

   City       State    ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor  **Suri Realty, LLC**
        Name

Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.carlaspasta.com |

**7. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

### Part 3:    Report About the Case

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Suri Realty, LLC**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Dennis Engineering Group LLC | Construction Contract | $ 14,747,924 |
| HJ Norris, LLC | Construction Contract | $ 12,500.00 |
| Renaissance Builders, Inc. | Construction Contract | $ 35,363.00 |
| | Total of petitioners' claims | $ 15,020,787 * |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.
*See Attachment to Involuntary Petition Against a Non-Individual

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| The Dennis Engineering Group LLC (Name) | Angeline Ioannou, (Printed name) |
| 1537 Main Street (Number Street) | Lewis Brisbois Bisgaard & Smith LLP (Firm name, if any) |
| Springfield, MA 01103 | 185 Asylum Street, Suite 2603 (Number Street) |
| | Hartford, CT 06103 |
| | Email: Angeline.Ioannou@LewisBrisbois.com |
| **Name and mailing address of petitioner's representative, if any** | Contact phone (860)566-8046  Email |
| Tom Dennis (Name) | Bar number: ct 18096 |
| 1537 Main Street (Number Street) | State: Connecticut |
| Springfield, MA 01103 | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on 10/23/2020 | X _[signature]_ Signature of attorney |
| X _Tom Dennis_ Signature of petitioner or representative, including representative's title | Date signed 10/27/2020 |

Debtor  **Suri Realty, LLC**
        Name

Case number (if known) _____

### Name and mailing address of petitioner

**HJ Norris, LLC**
Name

**9720 B Highway 63 N**
Number   Street

**Moss Point**    **MS**    **39562**
City              State    ZIP Code

### Name and mailing address of petitioner's representative, if any

**Huey Walker**
Name

**9720 B Highway 63 N**
Number   Street

**Moss Point**    **MS**    **39562**
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10 / 16 / 2020**
            MM / DD / YYYY

X *Huey Walker - owner*
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

**Renaissance Builders, Inc.**
Name

**P.O. Box 272**
Number   Street

**Turners Falls**    **MA**    **01376**
City                 State    ZIP Code

### Name and mailing address of petitioner's representative, if any

**Stephen J. Greenwald**
Name

**PO Box 272**
Number   Street

**Turners Falls**    **MA**    **01376**
City                 State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

**Deborah Basile, Esq.**
Printed name

**Doherty Wallace Pillsbury Murphy P.C.**
Firm name, if any

**One Monarch Place Suite 1900**
Number   Street

**Springfield**    **MA**    **01144-1900**
City               State    ZIP Code

Contact phone **(413) 233-9545**   Email **Dbasile@dwpm.com**

Bar number **549281**

State **MA**

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor  Suri Realty, LLC
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

HJ Norris, LLC
Name

9720 B Highway 63 N
Number   Street

Moss Point     MS     39562
City           State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Huey Walker
Name

9720 B Highway 63 N
Number   Street

Moss Point     MS     39562
City           State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number   Street _____

City           State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Renaissance Builders, Inc.
Name

P.O. Box 272
Number   Street

Turners Falls     MA     01376
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Stephen J. Greenwald
Name

PO Box 272
Number   Street

Turners Falls     MA     01376
City              State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/20
            MM / DD / YYYY

✘ _[signature]_
Signature of petitioner or representative, including representative's title

---

Deborah Basile, Esq.
Printed name

Doherty Wallace Pillsbury Murphy P.C.
Firm name, if any

One Monarch Place Suite 1900
Number   Street

Springfield          MA     01144-1900
City                 State  ZIP Code

Contact phone (413) 233-9545   Email Dbasile@dwpm.com

Bar number  549281

State  MA

✘ _[signature: DBasile]_
Signature of attorney

Date signed  10 26 20
            MM / DD / YYYY

---

Debtor      <u>Suri Realty, LLC</u>      Case Number (if known) _____

### Attachment to Involuntary Petition Against a Non-Individual

**Part 3: 13. Each petitioner's claim**

[Additional petitioning creditor information]

Name of petitioner: Elm Electrical, Inc.
Nature of petitioner's claim: Electrical Work
Amount of the claim above the value of any lien: 225,000.00

**Part 4: Request for Relief**

[Additional petitioning creditor information]

**Name and mailing address of petitioner**

Name: Elm Electrical, Inc.
Address: 68 Union Street, Westfield, MA 01085

**Name and mailing address of petitioner's representative, if any:**

Name: Robert Bacon, President
Address: 68 Union Street, Westfield, MA 01085

I declare under penalty perjury that the foregoing is true and correct:

Executed on: 10/19

*[signature]* Robert J. Bacon Pres.
Signature of petitioner or representative, including representative's title

**Attorneys**

Name: Steve Weiss
Firm name, if any: SHATZ, SCHWARTZ AND FENTIN
Address: 1441 Main Street, Suite 1100
Springfield, MA 01103

Contact phone: 413-737-1131
Email: sweiss@ssfpc.com

Bar number: 545619

State: MA

*[signature]*
Signature of attorney

Date signed: 10/23/2020